

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Raul Ojinaga Reyes,

Vs. No. 11-17-00356-CR

The State of Texas,

\* From the 118th District Court
of Howard County
Trial Court No. 14992.

\* August 22, 2019

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.